OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

 

 

 

 

 

 

 

` OFF|C>£ %EOXUZVQS\CA£ITOL STATION' 'AUS l UE¢XASL,S]HOSTAGE zplTNEY BOWES .
n ___
STATE oF TE)<AS § §§§§§ _¢ E,:§§§ a d §§§_§§J_,;:Il=j
PENALTY FoR mo §g:§i§ § ' 'lll= 5
PRivATE uSE~ a § .§ §§ 515 §§7°1 $ OOO. 27
' yf§l§<f§ §§ § , 0001401623 AuG. 20_ 2015
8/19/2015 :; » §th §l;, a
SCHONWALDER, KARL \ z -No. §"‘?` WR- 83, 689- 01

This is to advise that the Court ha§ deniach Vvithout written order the motion for leave
to file the original application for Writ~of*h§k§%,§§s}corpus

Abe| Acosta, C|erk

,~-m- KARL SCH©NW'ALDER

2199 56TH STREET
LUBBOCK, TX 79412

SLOZ lZ BHVSZLLQSLOOO ?_

SL© ©©© :L§_*:§_V§§Ldz|g :.. §- §§§
§§
lllll

.I_A

 

ll.bli'
.i?.&
.'-'m-

 

L:ELC?/ 0 0
SOdel
sai/vice AaNil::d<<;l€‘>\\\z§\l § . 1 n l \ “ ii

 

_'b.¥_'€l J'.."q"
H§'@' `
w

ill

lilill lill\l lllililiililll lll"liiliilli

._-.

 

._¢

.§,.";¢¢a'»i§»s.§_.¢‘.'.;~q..:.a...'~.-